128 P.3d 891

# SUPREME COURT OF HAWAI'I

| | | | | |
|---|---|---|---|---|
| Kiehm v. Adams | 25411 | 01/19/2006 | Denied | 109 Hawai'i 296, 126 P.3d 339 |
| Office of Hawaiian Affairs v. State | 26615 | 12/23/2005 | Granted | — Hawai'i —, — P.3d — |
| State v. Joseph | 27001 | 02/17/2006 | Denied | 109 Hawai'i 578, 128 P.3d 795 |

| | | | | |
|---|---|---|---|---|
| Camp v. Camp | 26452 | 02/17/2006 | Denied | 109 Hawai'i 469, 128 P.3d 351 |
| Ermocida v. Destination Resorts Hawai'i, Inc. | 26269 | 01/19/2006 | Denied | 109 Hawai'i 372, 126 P.3d 415 |
| State v. Nichols | 26870 | 02/07/2006 | Granted | — Hawai'i —, — P.3d — |